**Jacob Johnstun, OSB No. 162146,** jjohnstun@johnstuninjurylaw.com
JOHNSTUN INJURY LAW LLC
1935 St. Helens Street, Suite A
St. Helens, Oregon 97051
Telephone:     (503) 410-3572
Facsimile:     (503) 389-1548
*Attorney for Plaintiff Jennifer Gayman*

## UNITED STATED DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN, | Case No.:  1:20-cv-440-CL |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT EVERETT DIAL** |
| vs. | |
| CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL; and EVERETT DIAL, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennifer Gayman hereby voluntarily

dismisses all claims against defendant Everett Dial from this action, with prejudice.

Page 1 –   PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST
           REQUEST FOR PRODUCTION OF DOCUMENTS TO
           PLAINTIFF

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

DATED this 8th day of December, 2021.


By: */s/ Jacob Johnstun*
Jacob Johnstun, OSB #162146
Email:  jjohnstun@johnstuninjurylaw.com
Telephone:  503-410-3572
Facsimile:    503-389-1548

Page 2 –   PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST
              REQUEST FOR PRODUCTION OF DOCUMENTS TO
              PLAINTIFF

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I caused a true copy of the foregoing to be

faxed to:

Thomas F. Armosino
Email:  Armosino@fdfirm.com
Molly R. Silver
Email:  Silver@fdfirm.com
Frohnmayer, Deatherage, Jamieson,
Moore, Armosino & McGovern, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone:  541-772-2333
Fax:  541-779-6379


ELLEN F. ROSENBLUM
Attorney General
ELIOT D. THOMPSON #160661
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: eliot.thompson@doj.state.or.us



DATED this 2nd day of September, 2020.


By *s/ Jacob Johnstun*
Jacob Johnstun, OSB #162146
Email:  jjohnstun@johnstuninjurylaw.com
Telephone:  503-410-3572
Facsimile:    503-389-1548


Page 1 – CERTIFICATE OF SERVICE

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548