**Thomas F. Armosino, OSB #911954**
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB #144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 779-2333
Fax: (541) 779-6379
  Of Attorneys for City of Brookings Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL; AND EVERETT DIAL,<br><br>          Defendants. | Case No.: 1:20-cv-00440-CL<br><br>**DEFENDANTS CITY OF BROOKINGS' STATEMENT REGARDING TRIAL BRIEF** |

Pursuant to the Court's Amended Trial Management Order, Defendants City of Brookings make the following statement regarding the filing of its trial brief:

/ / /

/ / /

Page 1 – DEFENDANTS CITY OF BROOKINGS' STATEMENT REGARDING TRIAL BRIEF

Defendants City of Brookings will not be able to file a trial brief until a review of the Court's Findings and Recommendation is completed.

DATED this 22nd day of December, 2021.

          FROHNMAYER, DEATHERAGE, JAMIESON,
          MOORE, ARMOSINO & McGOVERN, P.C.

          *s/ Thomas F. Armosino*
          Thomas F. Armosino, OSB #911954
          armosino@fdfirm.com
          Casey S. Murdock, OSB #144914
          Murdock@fdfirm.com
          TRIAL ATTORNEY
          Of Attorneys for Defendants City of Brookings

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS CITY OF BROOKINGS' STATEMENT REGARDING TRIAL BRIEF** upon:

Jacob Johnstun
Johnstun Injury Law LLC
1935 St. Helens Street, Suite A
St. Helens, OR 97051
Telephone: 503-410-3572
Fax: 503-389-1548
Email: jjohnstun@johnstuninjurylaw.com
   Attorney for Plaintiff

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system.

Dated this 22nd day of December, 2021.

                FROHNMAYER, DEATHERAGE, JAMIESON,
                MOORE, ARMOSINO & McGOVERN, P.C.

                *s/ Thomas F. Armosino*
                Thomas F. Armosino, OSB #911954
                armosino@fdfirm.com
                Casey S. Murdock, OSB #144914
                Murdock@fdfirm.com
                TRIAL ATTORNEY
                Of Attorneys for Defendants City of Brookings