**Jacob Johnstun, OSB No. 162146,** jjohnstun@johnstuninjurylaw.com
JOHNSTUN INJURY LAW LLC
1935 St. Helens Street, Suite A
St. Helens, Oregon 97051
Telephone:     (503) 410-3572
Facsimile:     (503) 389-1548
*Attorney for Plaintiff Jennifer Gayman*

## UNITED STATED DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN, | Case No.: 1:20-cv-440-CL |
| Plaintiff, | **PLAINTIFF'S EXHIBIT LIST** |
| vs. | |
| CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL; and EVERETT DIAL, | |
| Defendants. | |

**Plaintiff's Exhibit List**

a)  Exhibit 1 –            Sharmeen Nelson, M.D. Medical Record 1
    Record author –        Sharmeen Nelson, M.D.
    Author address –       Curry Medical Center, 500 5th Street, Brookings, OR 97415
    Author phone number –  541-412-2057

b)  Exhibit 2 –            Prescription for Mobility Scooter
    Record author –        Adventist Health Community Care

Page 1 – PLAINTIFF'S EXHIBIT LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR 97051
Telephone (503) 410-3572
Fax (503) 389-1548

|    |    |    |
|----|----|----|
|    | Author address –<br>Author phone number – | 1251 Draper Street, Kingsburg, CA 93631<br>559-897-6610 |
| c) | Exhibit 3 –<br>Record author –<br>Author address –<br>Author phone number – | Mobility Scooter Advertisement<br>Discovery Your Mobility Inc.<br>66 East Ten Mile Road, Hazel Park, MI 48030<br>866-868-9694 |
| d) | Exhibit 4 –<br>Record author –<br>Author address –<br>Author phone number – | Video of Traffic Stop and Detainment<br>Brookings Police Department<br>898 Elk Drive, Brookings, OR 97415<br>541-469-3118 |
| e) | Exhibit 5 –<br>Record author –<br>Author address –<br>Author phone number – | Video of Pursuit and Arrest<br>Brookings Police Department<br>898 Elk Drive, Brookings, OR 97415<br>541-469-3118 |
| f) | Exhibit 6 –<br>Record author –<br>Author address –<br>Author phone number – | Video Inside Jail<br>Brookings Police Department<br>898 Elk Drive, Brookings, OR 97415<br>541-469-3118 |
| g) | Exhibit 7 –<br>Record author –<br>Author address –<br>Author phone number – | Oregon Uniform Citation and Complaint 1<br>Brookings Police Department<br>898 Elk Drive, Brookings, OR 97415<br>541-469-3118 |
| h) | Exhibit 8 –<br>Record author –<br>Author address –<br>Author phone number – | Oregon Uniform Citation and Complaint 2<br>Brookings Police Department<br>898 Elk Dr, Brookings, OR 97415<br>541-469-3118 |
| i) | Exhibit 9 –<br>Record author –<br>Author address –<br>Author phone number – | Sharmeen Nelson, M.D. Medical Record 2<br>Sharmeen Nelson, M.D.<br>Curry Medical Center, 500 5th Street, Brookings, OR 97415<br>541-412-2057 |
| j) | Exhibit 10 –<br>Record author –<br>Author address –<br>Author phone number – | Municipal Court Proceedings<br>City of Brookings Municipal Court<br>898 Elk Drive, Brookings, OR 97415<br>541-469-1114 |

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

k)  Exhibit 11 –           Criminal Jury Trial Verdict Form
    Record author –        Curry County Circuit Court
    Author address –       29821 Ellensburg Avenue, Gold Beach, OR 97444
    Author phone number –  541-373-6894

l)  Exhibit 12 –           Criminal Jury Trial Judgment Form
    Record author –        Curry County Circuit Court
    Author address –       29821 Ellensburg Avenue, Gold Beach, OR 97444
    Author phone number –  541-373-6894

m)  Exhibit 13 –           Incident Report
    Record author –        Brookings Police Department
    Author address –       898 Elk Drive, Brookings, OR 97415
    Author phone number –  541-469-3118

n)  Exhibit 14 –           Complaints from the Public
    Record author –        City of Brookings
    Author address –       898 Elk Drive, Brookings, OR 97415
    Author phone number –  541-469-2163

**Plaintiff's Impeachment Exhibit List**

o)  Exhibit 15 –           "Commonly Asked Questions About the Americans with Disabilities Act and Law Enforcement"
    Record author –        U.S. Department of Justice
    Author address –       950 Pennsylvania Avenue, NW, Washington, DC 20530
    Author phone number –  202-514-2000

p)  Exhibit 16 –           Oregon Moped, Motorized Scooter, and Pocket Bike Guide
    Record author –        Oregon Department of Transportation
    Author address –       355 Capitol St. NE, MS11, Salem, OR 97301-3871
    Author phone number –  1-888-275-6368

q)  Exhibit 17 –           Deputy Maia Mello Written Statement
    Record author –        Curry County Sheriff's Office
    Author address –       94235 Moore Street, Suite 311
    Author phone number –  Gold Beach, OR 97444

r)  Exhibit 18 –           State of Oregon v. Jennifer Gayman Court of Appeals Opinion
    Record author –        Oregon Court of Appeals
    Author address –       1163 State St, Salem, OR 97301
    Author phone number –  503-986-5555

Page 3 – PLAINTIFF'S EXHIBIT LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

s)   Exhibit 19 –   ORS § 801.385
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

t)   Exhibit 20 –   ORS § 801.387
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

u)   Exhibit 21 –   ORS § 814.500
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

v)   Exhibit 22 –   ORS § 814.524
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

w)   Exhibit 23 –   ORS § 814.528
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

x)   Exhibit 24 –   ORS § 814.534
    Record author –   Oregon State Legislature
    Author address –   900 Court Street NE, Salem Oregon 97301
    Author phone number –   1-800-332-2313

y)   Exhibit 25 –   28 CFR 36.104
    Record author –   U.S. Department of Justice
    Author address –   950 Pennsylvania Avenue, NW, Washington, DC 20530
    Author phone number –   202-514-2000

z)   Exhibit 26 –   28 CFR 35.137
    Record author –   U.S. Department of Justice
    Author address –   950 Pennsylvania Avenue, NW, Washington, DC 20530
    Author phone number –   202-514-2000

aa)   Exhibit 27 –   Audio of Plaintiff's Criminal Trial
    Record author –   Curry County Circuit Court
    Author address –   29821 Ellensburg Ave, Gold Beach, OR 97444
    Author phone number –   541-373-6894

Page 4 – PLAINTIFF'S EXHIBIT LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR 97051
Telephone (503) 410-3572
Fax (503) 389-1548