**Jacob Johnstun, OSB No. 162146,** jjohnstun@johnstuninjurylaw.com
JOHNSTUN INJURY LAW LLC
1935 St. Helens Street, Suite A
St. Helens, Oregon 97051
Telephone:    (503) 410-3572
Facsimile:    (503) 389-1548
*Attorney for Plaintiff Jennifer Gayman*

## UNITED STATED DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN, | Case No.: 1:20-cv-440-CL |
| Plaintiff, | **PLAINTIFF'S WITNESS LIST** |
| vs. | |
| CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL; and EVERETT DIAL, | |
| Defendants. | |

### Plaintiff's Witness List

1. Name:         Jennifer Gayman
   Address:      1122 South 23rd Street, Tacoma, WA  98405
   Occupation:   None / Disabled

   Estimated length of direct examination:  1 hour 30 minutes

   Summary of expected substance of testimony:  Ms. Gayman will testify about the history and nature of her disabilities; her need for a mobility scooter and how she obtained it; her activities of the evening of November 18, 2018; her course of travel as she was driving

Page 1 – PLAINTIFF'S WITNESS LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

home; her encounter with Brookings Police that night and the following morning; her understanding of the Americans with Disabilities Act at the time; why she chose to drive home despite defendants' order not to; her drive home while Brookings Police pursued her; her arrest once she had reached her home; her time within the Curry County Jail and the conditions therein; her physical and mental wellbeing after being released from jail; and the criminal charges, convictions, and penalties she received as a result of defendants' conduct.

2. Name: Detective Maia Mello
   Address: Curry County Sheriff's Office
   94235 Moore Street, Suite 311, Gold Beach, OR 97444
   Occupation: Detective

   Estimated length of direct examination: 1 hour

   Summary of expected substance of testimony: Detective Mello will testify about local law enforcement's understanding of the Americans with Disabilities Act when applied to disabled persons using mobility scooters; whether plaintiff's mobility scooter would have been considered to be primarily designed for use by those with mobility challenges by local law enforcement; whether there has ever been any other disabled person on a mobility scooter cited for not wearing a helmet in Curry County; and whether local law enforcement training and guidelines supported defendants' actions of stopping, detaining, citing, pursuing, and arresting plaintiff.

3. Name: Officer Ray Marrington
   Address: Brookings Police Department
   898 Elk Drive, Brookings, OR 97415
   Occupation: Police Officer

   Estimated length of direct examination: 3 hours

   Summary of expected substance of testimony: Officer Marrington is expected to testify about the events of November 18 and 19, 2018 as they relate to plaintiff; his intent and reasoning behind his decisions to stop, detain, cite, pursue, and arrest plaintiff; his past and present understanding of the law as it relates to use of sidewalks, crosswalks, helmets, mobility scooters, and disabled persons; his past training related to disabled persons; his own and his department's reaction to the public response to plaintiff's case; and his support and assistance in plaintiff's subsequent criminal prosecution.

4. Name: Officer Tobias Chittock
   Address: Brookings Police Department
   898 Elk Drive, Brookings, OR 97415
   Occupation: Police Officer

   Estimated length of direct examination: 3 hours

Page 2 – PLAINTIFF'S WITNESS LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR 97051
Telephone (503) 410-3572
Fax (503) 389-1548

Summary of expected substance of testimony: Officer Chittock is expected to testify about the events of November 18 and 19, 2018 as they relate to plaintiff; his intent and reasoning behind his decisions to stop, detain, cite, pursue, and arrest plaintiff; his past and present understanding of the law as it relates to use of sidewalks, crosswalks, helmets, mobility scooters, and disabled persons; his past training related to disabled persons; his own and his department's reaction to the public response to plaintiff's case; and his support and assistance in plaintiff's subsequent criminal prosecution.

Page 3 – PLAINTIFF'S WITNESS LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548