**Jacob Johnstun, OSB No. 162146,** jjohnstun@johnstuninjurylaw.com
JOHNSTUN INJURY LAW LLC
1935 St. Helens Street, Suite A
St. Helens, Oregon 97051
Telephone:   (503) 410-3572
Facsimile:   (503) 389-1548
*Attorney for Plaintiff Jennifer Gayman*

UNITED STATED DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN, | Case No.: 1:20-cv-440-CL |
| Plaintiff, | **PLAINTIFF'S EXPERT WITNESS LIST** |
| vs. | |
| CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL; and EVERETT DIAL, | |
| Defendants. | |

<u>**Plaintiff's Expert Witness List**</u>

1. Name:          Trace L. Schreiner
   Address:       P.O. Box 128, Newberg, OR 97132
   Occupation:    Private investigator, retired public safety training specialist

   Estimated length of direct examination:  1 hour 30 minutes

   Summary of expected substance of testimony:  Mr. Schreiner retired from being a law enforcement trainer at the Oregon Department of Public Safety Standards & Training 2004.  He will testify concerning his education, training, and work history.

Page 1 – PLAINTIFF'S EXPERT WITNESS LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548

Mr. Schreiner will offer opinions relating to proper law enforcement and law enforcement training and procedures as it relates to persons with disabilities using mobility scooters in public spaces. In addition, he will explain his understanding of the evidence applicable to the events between plaintiff and defendants on November 18-19, 2018. Furthermore, Mr. Schreiner will testify that defendants lacked probable cause to stop, detain, cite, pursue, and arrest plaintiff, and why these actions were not supported by law. He will also testify that defendants' order that plaintiff could not drive her mobility scooter home was not a lawful order, and why.

For a more detailed summary of Mr. Schreiner's expected expert testimony, defendants may reference his expert report that was provided during discovery.

Page 2 – PLAINTIFF'S EXPERT WITNESS LIST

Johnstun Injury Law, LLC
1935 St. Helens St., Suite A
St. Helens, OR  97051
Telephone (503) 410-3572
Fax (503) 389-1548