**Thomas F. Armosino, OSB #911954**
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB #144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 East Barnett Road
Medford, OR  97504        .
Phone: (541) 779-2333
Fax: (541) 779-6379
   Of Attorneys for City of Brookings Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| JENNIFER GAYMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF BROOKINGS; BROOKINGS POLICE DEPARTMENT; BROOKINGS POLICE CHIEF KELBY MCCRAE; OFFICER RAY MARRINGTON; OFFICER BRYAN BROSE; OFFICER TOBIAS CHITTOCK; OFFICER MITCHELL POFAHL, and EVERETT DIAL,<br><br>          Defendants. | Case No.:  1:20-cv-00440-CL<br><br>**DEFENDANTS CITY OF BROOKINGS' OBJECTIONS TO PLAINTIFF'S EXHIBITS** |

Defendants City of Brookings object to the following exhibits submitted by Plaintiff:

1.     Plaintiff's Exhibit 1:

Defendants object to Exhibit 1 as it is hearsay under FRE 801.  Defendants further object

because Plaintiff has not disclosed Sharmeen Nelson, M.D. as an expert under Rule 26.

2.    Plaintiff's Exhibit 2:

Defendants object to Exhibit 2 as it is hearsay under FRE 801.  Defendants further object

because Plaintiff has not disclosed Katherine Austin, P.A. as an expert under Rule 26.

3.    Plaintiff's Exhibit 9:

Defendants object to Exhibit 9 as it is hearsay under FRE 801.  Defendants further object

because Plaintiff has not disclosed Sharmeen Nelson, M.D. or Howard Croy, P.A. as experts under

Rule 26.

4.    Plaintiff's Exhibit 14:

Defendants object to Exhibit 14 as it is hearsay under FRE 801.

5.    Plaintiff's Exhibit 15:

Defendants object to Exhibit 15 as it does not contain relevant evidence under FRE 401.

Defendants further object to this exhibit as it is hearsay under FRE 801.

6.    Plaintiff's Exhibit 17:

Defendants object to Exhibit 17 as it is hearsay under FRE 801.

DATED this 31st day of December, 2021.

> FROHNMAYER, DEATHERAGE, JAMIESON,
> MOORE, ARMOSINO & McGOVERN, P.C.
>
> *s/ Thomas F. Armosino*
> Thomas F. Armosino, OSB #911954
> armosino@fdfirm.com
> Casey S. Murdock, OSB #144914
> Murdock@fdfirm.com
> TRIAL ATTORNEY
> Of Attorneys for Defendants City of Brookings

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS CITY OF BROOKINGS' OJBECTIONS TO PLAINTIFF'S EXHIBITS** upon:

Jacob Johnstun
Johnstun Injury Law LLC
1935 St. Helens Street, Suite A
St. Helens, OR 97051
Telephone: 503-410-3572
Fax: 503-389-1548
Email: jjohnstun@johnstuninjurylaw.com
    Attorney for Plaintiff

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system.

Dated this 31st day of December, 2021.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.

s/ Thomas F. Armosino
Thomas F. Armosino, OSB #911954
armosino@fdfirm.com
Casey S. Murdock, OSB #144914
Murdock@fdfirm.com
TRIAL ATTORNEY
Of Attorneys for Defendants City of Brookings