```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              MEDFORD DIVISION


JENNIFER GAYMAN,                      )
                                      )
              Plaintiff,              )  Case No. 1:20-cv-00440-CL
                                      )
       v.                             )
                                      )  Thursday, January 6, 2022
CITY OF BROOKINGS; BROOKINGS          )  3:00 PM
POLICE DEPARTMENT; BROOKINGS          )
POLICE CHIEF KELBY MCCRAE;            )
OFFICER RAY MARRINGTON; OFFICER       )
BRYAN BROSE; OFFICER TOBIAS           )
CHITTOCK; OFFICER MITCHELL            )
POFAHL; and EVERETT DIAL,             )
                                      )
              Defendants.             )
_____)




                         SETTLEMENT CONFERENCE

                        TRANSCRIPT OF PROCEEDINGS

                    BEFORE THE HONORABLE ANN L. AIKEN

                    UNITED STATES DISTRICT COURT JUDGE
```

```
 1                  TELEPHONIC or VIDEO APPEARANCES
 2   FOR THE PLAINTIFF:
                                JACOB JOHNSTUN
 3                              Johnstun Injury Law, LLC
                                1935 St. Helens Street
 4                              Suite A
                                St. Helens, OR 97051
 5
 6   FOR THE DEFENDANTS:
                                THOMAS F. ARMOSINO
 7                              Frohnmayer Deatherage
                                2592 E. Barnett Road
 8                              Medford, OR 97504
 9
10
11
12   COURT REPORTER:    Kendra A. Steppler, RPR
                        United States District Courthouse
13                      District of Oregon
                        405 E. 8th Avenue, Room 2130
14                      Eugene, OR 97401
15
16                             *   *   *
17
18
19
20
21
22
23
24
25
```

```
 1              THE COURTROOM DEPUTY:  Now's the time set for Civil
 2   Case No. 20-440, Gayman v. City of Brookings, et al. for
 3   settlement conference.
 4              THE COURT:  If everyone would introduce themselves
 5   for the record, I'd appreciate it.
 6              MR. JOHNSTUN:  Jacob Johnstun representing Plaintiff.
 7              MS. GAYMAN:  Jennifer Gayman.
 8              THE COURT:  Plaintiff.
 9              MR. ARMOSINO:  This is Thomas Armosino for the
10   Defendant.  And with me is Mark Williamson from CIS.
11              THE COURT:  This matter has been before me for a
12   settlement conference this afternoon, and the case has been
13   resolved.  And we are going to put the terms of the settlement
14   on the record.  And I guess I would ask, Mr. Armosino, if you
15   wouldn't mind reciting those terms at this point, and then I'll
16   confirm that with Mr. Johnstun.
17              MR. ARMOSINO:  Okay.  That would be fine.
18       For a full resolution of the matter, with a judgment of
19   dismissal, CIS will pay to Mr. Johnstun and Ms. Gayman a total
20   sum of $300,000.  We'll need W-9s from each of them.  The City
21   of Brookings will agree to training with respect to ADA.  And
22   Mr. Johnstun and I will attempt to create a press release that
23   can be jointly sent with the understanding that this is a
24   resolution about the admission of liability, and that Judge
25   Aiken will remain as the settlement czar in the event that
```

1  Mr. Johnstun and I do not agree to appropriate language.
2          THE COURT:  And, just to clarify, the press release
3  would be an acknowledgment of regret of the actions that
4  happened to the Defendant (sic); correct?
5          MR. ARMOSINO:  That's agreeable.
6          THE COURT:  Mr. Johnstun, is that your understanding
7  of the terms that settle this case?
8          MR. JOHNSTUN:  It is.
9          THE COURT:  Could I ask, on behalf of the City of
10 Brookings and Ms. Gayman, if you'd both raise your right
11 hands -- both of you.  I'm going to swear you in.
12 Mr. Williamson?
13         MR. WILLIAMSON:  You want me to do it?  I can do it.
14         THE COURT:  Yeah.
15
16              J-E-N-N-I-F-E-R  G-A-Y-M-A-N,
17 called as a witness, having been first duly sworn, testified as
18 follows:
19         THE COURT:  Ms. Gayman, you have heard the terms that
20 settle this case; correct?
21         MS. GAYMAN:  Yes.
22         THE COURT:  And you have actively participated in the
23 settlement conference; correct?
24         MS. GAYMAN:  Yes.
25         THE COURT:  And have you had plenty of time to talk

1  over the terms with your lawyer?
2          MS. GAYMAN:  Yes.
3          THE COURT:  And you know there will be some language
4  back and forth between your lawyer and the City of Brookings'
5  lawyer -- Mr. Armosino -- regarding the language in the press
6  release.  And that if the language is not agreeable, or people
7  come to a stalemate, that I will retain jurisdiction to be able
8  to help craft the language for the press release; correct?
9          MS. GAYMAN:  Yes.
10         THE COURT:  Do you have any questions about the terms
11 that settle this case either for your lawyer or for me?
12         MS. GAYMAN:  I do.  It was $300,000.  There's going
13 to be fees paid, or is it just straight $300,000?
14         THE COURT:  This $300,000 check will be made to you
15 and your lawyer.  And you have a fee agreement with your lawyer
16 and some costs I understand.  And those will be adjusted, and
17 you will receive the -- out of the terms of your agreement with
18 your lawyer -- your award.  Maybe Mr. Johnstun will want to add
19 to that.
20         MS. GAYMAN:  Okay.
21         MR. JOHNSTUN:  You got it right, Your Honor --
22 $300,000 all-inclusive.
23         THE COURT:  All right.
24    Any other questions, Ms. Gayman?
25         MS. GAYMAN:  No.

1          THE COURT:  This is the time for any questions;
2   correct?
3          MS. GAYMAN:  I'm just wondering, if asked, if Officer
4   Marrington is personally going to be part of the press release.
5          THE COURT:  I think they're doing it -- there was no
6   mention of any individuals for a press release.  And this would
7   be new information that was not conveyed in the settlement
8   discussions.
9          MS. GAYMAN:  That's fine.
10         THE COURT:  It will be more generic.
11         MS. GAYMAN:  I was just wondering.
12         THE COURT:  Yeah.  Any other question?
13         MS. GAYMAN:  No, that's it.
14         THE COURT:  I'm asking you this now.  You're under
15  oath.  Is this your agreement?
16         MS. GAYMAN:  Yes.
17         THE COURT:  And you understand when we shut down the
18  Zoom and finish today, that your lawyer will have an obligation
19  to finish the documents and to get this settlement from the
20  agreement we have on the record now to formal documents.  And
21  if you change your mind, he's going to tell you that you agreed
22  under oath to this settlement, and he's obligated to finish the
23  resolution of the documents that effectuate this settlement
24  that we've just discussed; do you understand that?
25         MS. GAYMAN:  Yeah, I'm fine with it.

1           THE COURT:  And this is your agreement; correct?
2           MS. GAYMAN:  Yes.
3
4                M-A-R-K  W-I-L-L-I-A-M-S-O-N,
5  called as a witness, having been first duly sworn, testified as
6  follows:
7           THE COURT:  And on behalf of the City of Brookings,
8  you have authority to settle this case?
9           MR. WILLIAMSON:  I do.
10          THE COURT:  And you've had plenty of time to talk it
11 over with Mr. Armosino?
12          MR. WILLIAMSON:  Yes.
13          THE COURT:  Any questions regarding the terms that
14 settle this case?
15          MR. WILLIAMSON:  No.
16          THE COURT:  Is this your agreement?
17          MR. WILLIAMSON:  Yes.
18          THE COURT:  And, like Ms. Gayman, you understand, if
19 you change your mind or you think there's something missing in
20 the terms, it's too late, this case is resolved, and we will be
21 all obligated to finish the ministerial duties to get it into
22 writing and documented; correct?
23          MR. WILLIAMSON:  Yes, the case is totally done.
24          THE COURT:  Great.
25       I want to thank everybody for their courtesies that they

1  showed the Court and the work that they put in to get us to
2  this place.  Frankly, to be truthful, I thought I would have
3  been done before now, and it wouldn't have settled.  So I'm
4  immensely grateful that everybody came prepared to talk openly
5  and honestly.  And this was a case that just screamed it needed
6  to be settled.  I'm grateful everybody took the time to come
7  and listen and put it together today.
8      And I will be happy to -- if I get notice from
9  Mr. Johnstun or Mr. Armosino -- if you need a conference call
10 to talk about some language, I would be happy to help.  But I'm
11 pretty confident that -- what we've talked about in both
12 rooms -- you'll be able to come up with an appropriate press
13 release that will provide the community with the information
14 that they need, and that this moves this case forward for
15 Ms. Gayman.
16     So, with that said, is there something more we need to
17 touch on?  Did I miss anything?
18         MR. JOHNSTUN:  Nothing from Plaintiff.
19         MR. ARMOSINO:  Thank you for your efforts, Your
20 Honor.  I appreciate that on behalf of Defense.
21         THE COURT:  Thanks.  Appreciate everybody today.
22 Everybody be safe, and I hope the weather's better where you
23 are than it is here.  So have --
24         MS. GAYMAN:  (Indiscernible).
25         THE COURT:  -- a good rest of the day.

```
 1              MS. GAYMAN:  I got a white Christmas though, so I'm
 2     good.
 3              THE COURT:  Good.  Excellent.  All right.  Thank you.
 4              MR. JOHNSTUN:  Thank you, Your Honor.
 5              THE COURT:  We're in recess.
 6         Thank you, Cathy.
 7              MS. GAYMAN:  You have a wonderful day.
 8              THE COURT:  Thank you.  You too.
 9              MR. JOHNSTUN:  Thank you, Cathy.
10              THE COURTROOM DEPUTY:  You're welcome.
11
12               (The proceedings adjourned at 3:09 PM.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

Jennifer Gayman v. City of Brookings, et al.

1:20-cv-00440-CL

Settlement Conference

January 6, 2022

I certify, by signing below, that the foregoing is a true and correct transcript, to the best of my ability, of the telephonic proceedings heard via conference call, taken by stenographic means.  Due to the telephonic connection, parties appearing via speakerphone or cell phone or wearing masks due to coronavirus, speakers overlapping when speaking, speakers not identifying themselves before they speak, fast speakers, the speaker's failure to enunciate, and/or other technical difficulties that occur during telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the speakerphone at the United States District Court of Oregon in the above-entitled cause.

A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/Kendra A. Steppler, RPR
Official Court Reporter       Signature Date: 2/16/2022

MR. ARMOSINO: [4]   3/9 3/17 4/5 8/19
MR. JOHNSTUN: [6]   3/6 4/8 5/21 8/18 9/4 9/9
MR. WILLIAMSON: [6]   4/13 7/9 7/12 7/15 7/17 7/23
MS. GAYMAN: [18]
THE COURT: [32]
THE COURTROOM DEPUTY: [2]  2/18 9/10

**$**
$300,000 [5]  3/20 5/12 5/13 5/14 5/22

**/**
/s/Kendra [1]  10/24

**1**
1935 [1]  2/3
1:20-cv-00440-CL [2]  1/5 10/3

**2**
2/16/2022 [1]  10/24
2022 [3]  1/7 10/5 10/24
2130 [1]  2/13
2592 [1]  2/7

**3**
3:00 [1]  1/7
3:09 [1]  9/12

**4**
405 [1]  2/13
440 [1]  3/2

**8**
8th [1]  2/13

**9**
97051 [1]  2/4
97401 [1]  2/14
97504 [1]  2/8
9s [1]  3/20

**A**
ability [1]  10/8
able [2]  5/7 8/12
about [4]  3/24 5/10 8/10 8/11
above [2]  10/16 10/19
above-entitled [1]  10/19
above-mentioned [1]  10/16
acknowledgment [1]  4/3
actions [1]  4/3
actively [1]  4/22
ADA [1]  3/21
add [1]  5/18
adjourned [1]  9/12
adjusted [1]  5/16
admission [1]  3/24
afternoon [1]  3/12
agree [2]  3/21 4/1
agreeable [2]  4/5 5/6
agreed [1]  6/21
agreement [6]  5/15 5/17 6/15 6/20 7/1 7/16
AIKEN [2]  1/18 3/25
ai [2]  3/2 10/2
all [4]  5/22 5/23 7/21 9/3
all-inclusive [1]  5/22
ANN [1]  1/18
any [7]  5/10 5/24 6/1 6/6 6/12 7/13 10/16
anything [1]  8/17
APPEARANCES [1]  2/1
appearing [1]  10/11
appreciate [3]  3/5 8/20 8/21
appropriate [2]  4/1 8/12
are [2]  3/13 8/23
ARMOSINO [6]  2/6 3/9 3/14 5/5 7/11 8/9
as [5]  3/25 4/17 4/17 7/5 7/5
ask [2]  3/14 4/9
asked [1]  6/3
asking [1]  6/14
attempt [1]  3/22
authority [1]  7/8
Avenue [1]  2/13
award [1]  5/18

**B**
back [1]  5/4
Barnett [1]  2/7
be [18]
been [5]  3/11 3/12 4/17 7/5 8/3
before [4]  1/18 3/11 8/3 10/13
behalf [3]  4/9 7/7 8/20
below [1]  10/7
best [1]  10/8
better [1]  8/22
between [1]  5/4
both [3]  4/10 4/11 8/11
BROOKINGS [8]  1/7 1/7 1/8 3/2 3/21 4/10 7/7 10/2
Brookings' [1]  5/4
BROSE [1]  1/9
BRYAN [1]  1/9

**C**
call [2]  8/9 10/9
called [2]  4/17 7/5
came [1]  8/4
can [2]  3/23 4/13
case [12]
Cathy [2]  9/6 9/9
cause [1]  10/19
cell [1]  10/11
certification [1]  10/16
certified [1]  10/21
certify [1]  10/7
change [2]  6/21 7/19
check [1]  5/14
CHIEF [1]  1/8
CHITTOCK [1]  1/10
Christmas [1]  9/1
CIS [2]  3/10 3/19
CITY [7]  1/7 3/2 3/20 4/9 5/4 7/7 10/2
Civil [1]  3/1
CL [2]  1/5 10/3
clarify [1]  4/2
come [3]  5/7 8/6 8/12
community [1]  8/13
conference [7]  7/16 3/5 3/12 4/23 8/9 10/4 10/9
confident [1]  8/11
confirm [1]  3/16
conformed [1]  10/20
connection [1]  10/10
conveyed [1]  6/7
coronavirus [1]  10/12
correct [8]  4/4 4/20 4/23 5/8 6/2 7/1 7/22 10/8
costs [1]  5/16
Could [1]  4/9
COURT [6]  1/1 1/19 2/12 8/1 10/18 10/24
courtesies [1]  7/25
Courthouse [1]  2/12
craft [1]  5/8
create [1]  3/22
cv [2]  1/5 10/3
czar [1]  3/25

**D**
Date [1]  10/24
day [2]  8/25 9/7
Deatherage [1]  2/7
Defendant [2]  3/10 4/4
Defendants [2]  1/11 2/6
Defense [1]  8/20
DEPARTMENT [1]  1/8
DIAL [1]  1/10
Did [1]  8/17
difficulties [2]  10/15 10/17
digitally [1]  10/21
discussed [1]  6/24
discussions [1]  6/8
dismissal [1]  3/19
DISTRICT [6]  1/1 1/2 1/19 2/12 2/13 10/18
DIVISION [1]  1/3
do [7]  4/1 4/13 4/13 5/10 5/12 6/24 7/9
documented [1]  7/22
documents [3]  6/19 6/20 6/23
doing [1]  6/5
done [2]  7/23 8/3
down [1]  6/17
due [2]  10/10 10/11
duly [2]  4/17 7/5
during [1]  10/15
duties [1]  7/21

**E**
each [1]  3/20
effectuate [1]  6/23
efforts [1]  8/19
either [1]  5/11
entitled [1]  10/19
enunciate [1]  10/14
et [2]  3/2 10/2
Eugene [1]  2/14
event [1]  3/25
EVERETT [1]  1/10
everybody [5]  7/25 8/4 8/6 8/21 8/22
everyone [1]  3/4
Excellent [1]  9/3

**F**
failure [1]  10/14
fast [1]  10/13
fee [1]  5/15
fees [1]  5/13
fine [3]  3/17 6/9 6/25
finish [4]  6/18 6/19 6/22 7/21
first [2]  4/17 7/5
follows [2]  4/18 7/6
foregoing [1]  10/7
formal [1]  6/20
forth [1]  5/4
forward [1]  8/14
Frankly [1]  8/2
Frohnmayer [1]  2/7
full [1]  3/18

**G**
GAYMAN [10]  1/4 3/2 3/7 3/19 4/10 4/19 5/24 7/18 8/15 10/2
generic [1]  6/10
get [4]  6/19 7/21 8/1 8/8
going [5]  3/13 4/11 5/12 6/4 6/21
good [3]  8/25 9/2 9/3
got [2]  5/21 9/1
grateful [2]  8/4 8/6
Great [1]  7/24
guess [1]  3/14

**H**
had [2]  4/25 7/10
hands [1]  4/11
happened [1]  4/4
happy [2]  8/8 8/10
has [2]  3/11 3/12
have [12]
having [2]  4/17 7/5
he's [2]  6/21 6/22
heard [2]  4/19 10/9
Helens [2]  2/3 2/4
help [2]  5/8 8/10
here [1]  8/23
honestly [1]  8/5
Honor [3]  5/21 8/20 9/4
HONORABLE [1]  1/18
hope [1]  8/22

**I**
I'd [1]  3/5
I'll [1]  3/15
I'm [8]  4/11 6/3 6/14 6/25 8/3 8/6 8/10 9/1
identifying [1]  10/13
immensely [1]  8/4
inclusive [1]  5/22
Indiscernible [1]  8/24
individuals [1]  6/6
information [2]  6/7 8/13
Injury [1]  2/3
introduce [1]  3/4
is [19]
it [17]
it's [1]  7/20

**J**
J-E-N-N-I-F-E-R [1]  4/16
JACOB [2]  2/2 3/6
January [2]  1/7 10/5
JENNIFER [3]  1/4 3/7 10/2
JOHNSTUN [10]  2/2 2/3 3/6 3/16 3/19 3/22 4/1 4/6 5/18 8/9
jointly [1]  3/23
JUDGE [2]  1/19 3/24
judgment [1]  3/18
jurisdiction [1]  5/7
just [6]  4/2 5/13 6/3 6/11 6/24 8/5

**K**
KELBY [1]  1/8
Kendra [2]  2/12 10/24
know [1]  5/3

**L**
language [6]  4/1 5/3 5/5 5/6 5/8 8/10
late [1]  7/20
Law [1]  2/3
lawyer [8]  5/1 5/4 5/5 5/11 5/15 5/15 5/18 6/18
liability [1]  3/24
like [1]  7/18
limited [1]  10/16
listen [1]  8/7
LLC [1]  2/3

**M**
M-A-R-K [1]  7/4
made [1]  5/14
Mark [1]  3/10
MARRINGTON [2]  1/9 6/4
masks [1]  10/11
matter [2]  3/11 3/18
Maybe [1]  5/18
MCCRAE [1]  1/8
me [4]  3/10 3/11 4/13 5/11
means [1]  10/10
MEDFORD [2]  1/3 2/8
mention [1]  6/6
mentioned [1]  10/16
mind [3]  3/15 6/21 7/19
ministerial [1]  7/21
miss [1]  8/17
missing [1]  7/19
MITCHELL [1]  1/10
more [2]  6/10 8/16
moves [1]  8/14
Mr. [12]
Mr. Armosino [4]  3/14 5/5 7/11 8/9
Mr. Johnstun [7]  3/16 3/19 3/22 4/1 4/6 5/18 8/9
Mr. Williamson [1]  4/12
Ms. [6]  3/19 4/10 4/19 5/24 7/18 8/15
Ms. Gayman [6]  3/19 4/10 4/19 5/24 7/18 8/15
my [1]  10/8

**N**
need [4]  3/20 8/9 8/14 8/16
needed [1]  8/5
new [1]  6/7
no [5]  1/5 5/25 6/5 6/13

## N

no... [1] 7/15
No. [1] 3/2
No. 20-440 [1] 3/2
not [5] 4/1 5/6 6/7 10/13 10/21
Nothing [1] 8/18
notice [1] 8/8
now [3] 6/14 6/20 8/3
Now's [1] 2/18

## O

oath [2] 6/15 6/22
obligated [2] 6/22 7/21
obligation [1] 6/18
occur [1] 10/15
occurring [1] 10/17
OFFICER [5] 1/9 1/9 1/9 1/10 6/3
Official [1] 10/24
Okay [2] 3/17 5/20
openly [1] 8/4
OREGON [3] 1/2 2/13 10/18
original [1] 10/20
other [3] 5/24 6/12 10/14
out [1] 5/17
over [3] 5/1 7/11 10/17
overlapping [1] 10/12

## P

paid [1] 5/13
part [1] 6/4
participated [1] 4/22
parties [1] 10/10
pay [1] 3/19
people [1] 5/6
personally [1] 6/4
phone [1] 10/11
place [1] 8/2
Plaintiff [5] 1/5 2/2 3/6 3/8 8/18
plenty [2] 4/25 7/10
PM [2] 1/7 9/12
POFAHL [1] 1/10
point [1] 3/15
POLICE [2] 1/8 1/8
prepared [1] 8/4
press [7] 3/22 4/2 5/5 5/8 6/4 6/6 8/12
pretty [1] 8/11
proceedings [5] 1/17 9/12 10/9 10/15 10/17
provide [1] 8/13
put [3] 3/13 8/1 8/7

## Q

question [1] 6/12
questions [4] 5/10 5/24 6/1 7/13

## R

raise [1] 4/10
RAY [1] 1/9
reasons [1] 10/16
receive [1] 5/17
recess [1] 9/5
reciting [1] 3/15
record [3] 3/5 3/14 6/20
regarding [2] 5/5 7/13
regret [1] 4/3
release [7] 3/22 4/2 5/6 5/8 6/4 6/6 8/13
remain [1] 3/25
REPORTER [2] 2/12 10/24
representing [1] 3/6
resolution [3] 3/18 3/24 6/23
resolved [2] 3/13 7/20
respect [1] 3/21
rest [1] 8/25
retain [1] 5/7
right [4] 4/10 5/21 5/23 9/3
Road [1] 2/7
Room [1] 2/13
rooms [1] 8/12
RPR [2] 2/12 10/24

## S

safe [1] 8/22
said [1] 8/16
screamed [1] 8/5
sent [1] 3/23
set [1] 3/1
settle [5] 4/7 4/20 5/11 7/8 7/14
settled [2] 8/3 8/6
settlement [11]
showed [1] 8/1
shut [1] 6/17
sic [1] 4/4
signature [4] 10/20 10/21 10/21 10/24
signed [1] 10/21
signing [1] 10/7
so [4] 8/3 8/16 8/23 9/1
some [3] 5/3 5/16 8/10
something [2] 7/19 8/16
speak [1] 10/13
speaker's [1] 10/14
speakerphone [2] 10/11 10/18
speakers [3] 10/12 10/12 10/13
speaking [1] 10/12
St [2] 2/3 2/4
stalemate [1] 5/7
STATES [4] 1/1 1/19 2/12 10/18
stenographic [1] 10/10
Steppler [2] 2/12 10/24
straight [1] 5/13
Street [1] 2/3
such [1] 10/17
Suite [1] 2/4
sum [1] 3/20
swear [1] 4/11
sworn [2] 4/17 7/5

## T

taken [1] 10/9
talk [4] 4/25 7/10 8/4 8/10
talked [1] 8/11
technical [1] 10/14
technological [1] 10/17
telephonic [4] 1/22 10/9 10/10 10/15
tell [1] 6/21
terms [9] 3/13 3/15 4/7 4/19 5/1 5/10 5/17 7/13 7/20
testified [2] 4/17 7/5
than [1] 8/23
thank [7] 7/25 8/19 9/3 9/4 9/6 9/8 9/9
Thanks [1] 8/21
that [33]
that's [3] 4/5 6/9 6/13
their [1] 7/25
them [1] 3/20
themselves [2] 3/4 10/13
then [1] 3/15
there [3] 5/3 6/5 8/16
there's [2] 5/12 7/19
they [4] 7/25 8/1 8/14 10/13
they're [1] 6/5
think [2] 6/5 7/19
this [26]
THOMAS [2] 2/6 3/9
those [2] 3/15 5/16
though [1] 9/1
thought [1] 8/2
Thursday [1] 1/7
time [5] 3/1 4/25 6/1 7/10 8/6
TOBIAS [1] 1/9
today [3] 6/18 8/7 8/21
together [1] 8/7
too [2] 7/20 9/8
took [1] 8/6
total [1] 3/19
totally [1] 7/23
touch [1] 8/17
training [1] 3/21
transcript [3] 1/17 10/8 10/20
true [1] 10/7
truthful [1] 8/2

## U

under [2] 6/14 6/22
understand [4] 5/16 6/17 6/24 7/18
understanding [2] 3/23 4/6
UNITED [4] 1/1 1/19 2/12 10/18
up [1] 8/12
us [1] 8/1

## V

via [2] 10/9 10/11
VIDEO [1] 2/1

## W

W-9s [1] 3/20
W-I-L-L-I-A-M-S-O-N [1] 7/4
want [3] 4/13 5/18 7/25
was [5] 5/12 6/5 6/7 6/11 8/5
we [5] 3/13 6/17 6/20 7/20 8/16
We'll [1] 3/20
We're [1] 9/5
we've [2] 6/24 8/11
wearing [1] 10/11
weather's [1] 8/22
welcome [1] 9/10
what [1] 8/11
when [2] 6/17 10/12
where [1] 8/22
white [1] 9/1
will [15]
Williamson [2] 3/10 4/12
without [1] 10/20
witness [2] 4/17 7/5
wonderful [1] 9/7
wondering [2] 6/3 6/11
work [1] 8/1
would [7] 3/4 3/14 3/17 4/3 6/6 8/2 8/10
wouldn't [2] 3/15 8/3
writing [1] 7/22

## Y

Yeah [3] 4/14 6/12 6/25
Yes [9] 4/21 4/24 5/2 5/9 6/16 7/2 7/12 7/17 7/23
you [33]
you'd [1] 4/10
you'll [1] 8/12
You're [2] 6/14 9/10
you've [1] 7/10
your [20]

## Z

Zoom [1] 6/18